```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 63674
   JEANETTE LIPSCOMB
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-7948

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 11/30/2005 and was confirmed 05/17/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 09/20/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                           PAID         PAID
--------------------------------------------------------------------------
GMAC MORTGAGE              CURRENT MORTG    16096.01         .00     16096.01
GMAC MORTGAGE              MORTGAGE ARRE        .00          .00          .00
AMERICAN GENERAL FINANCE   UNSECURED       NOT FILED         .00          .00
AMERICAN GENERAL FINANCE   UNSECURED       NOT FILED         .00          .00
AMERICAN GENERAL FINANCE   UNSECURED       NOT FILED         .00          .00
ASPIRE                     UNSECURED          496.50         .00       496.50
DISH NETWORK               UNSECURED       NOT FILED         .00          .00
CBE GROUP                  NOTICE ONLY     NOT FILED         .00          .00
PREMIER BANCARD CHARTER    UNSECURED          415.44         .00       415.44
HSBC NEVADA                UNSECURED       NOT FILED         .00          .00
HSBC NEVADA                UNSECURED       NOT FILED         .00          .00
PROVIDIAN NATIONAL BANK    UNSECURED       NOT FILED         .00          .00
AMERICAN GENERAL FINANCE   UNSECURED         4656.37         .00      4656.37
GMAC MORTGAGE CORPORATIO   NOTICE ONLY     NOT FILED         .00          .00
LEGAL REMEDIES CHARTERED   DEBTOR ATTY      1,349.00                  1,349.00
TOM VAUGHN                 TRUSTEE                                    1,507.36
DEBTOR REFUND              REFUND                                     6,459.58

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE            30,980.26

PRIORITY                                           .00
SECURED                                      16,096.01
UNSECURED                                     5,568.31
ADMINISTRATIVE                                1,349.00
TRUSTEE COMPENSATION                          1,507.36
DEBTOR REFUND                                 6,459.58
                   --------------          --------------
TOTALS             30,980.26                 30,980.26
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 63674 JEANETTE LIPSCOMB

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 02/28/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

```
                              PAGE   2
        CASE NO. 05 B 63674 JEANETTE LIPSCOMB
```